Clyde Thomas PERRY, Appellant,

v.

Scotty BAESLER, William Hoskins, Robert Spangler Barnes and Wini Mastin Yunker, Appellees.

Scotty BAESLER, Appellant,

v.

Clyde Thomas PERRY, William Hoskins, Robert Spangler Barnes and Wini Mastin Yunker, Appellees.

Supreme Court of Kentucky.

May 11, 1981.

OPINION AND ORDER

It is the opinion of this court that under KRS 118.165(1) the last day on which nomination papers may be filed is the fifty-fifth day prior to the day of the election. The day of the primary election in 1981 being May 26, nomination papers filed on April 1 were timely.

The judgment of the trial court is therefore affirmed.

AKER, LUKOWSKY, STEPHENS, STEPHENSON and STERNBERG, JJ., and PALMORE, C.J., sitting. All concur.

ENTERED May 11, 1981.

(s) John S. Palmore
Chief Justice